THE MCHATTIE LAW FIRM, LLC
Christopher J. McHattie, Esq.
(Bar No. 035251987)
550 West Main Street
Boonton, New Jersey 07005
Telephone:  973-402-5505
Facsimile:  973-400-4110
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLANTIC HEALTH SYSTEM, INC., PRACTICE ASSOCIATES MEDICAL GROUP, P.A., dba ATLANTIC MEDICAL GROUP and AMG,<br><br>　　　　　　　　　　Plaintiffs<br><br>v.<br><br>ALLIANCE HEALTH SYSTEMS, LLC.; AMG ORTHOPEDICS D/B/A ALL BE HEALTHY LLC; NICHOLAS BUFANO; JOHN DOES 1-10 (name being fictitious for individuals whose identities are currently unknown); and ABC ENTITIES 1-10 (names being fictitious for corporate or other legal entities whose identities currently remain unknown),<br><br>　　　　　　　　　　Defendants. | Civil Action No. not yet assigned<br><br><br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

**THIS MATTER** having been brought before the Court by Plaintiffs Atlantic Health System, Inc. ("AHS"), Practice Associates Medical Group, P.A., Dba Atlantic Medical Group and AMG ("AMG") (collectively "Plaintiffs"), through its counsel, by Order to Show Cause, on Notice to the Defendants, Alliance Health Systems, LLC., AMG Orthopedics D/B/A All Be Healthy LLC and Nicholas Bufano ("Defendants") via counsel, seeking a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and L.Cv.R.65.1, and upon the Certifications of Mitchell Shusteris, Dr. Nicholas Molinaro, Dr. Christopher Hubbard and Michael McDonald, Esq., the

Memorandum of Law and all other supporting documents submitted herewith, the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown,

**IT IS** on this _____ day of _____ , 2022,

**ORDERED** that Defendants appear and show cause on the _____ day of _____, 2022, before the United States District Court for the District of New Jersey, Hon. _____, at the _____ US Courthouse, located at _____, New Jersey _____, at _____ o'clock in the _____ noon, or as soon thereafter as counsel can be heard, why an Order should not be issued preliminarily enjoining and restraining Defendants, their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants:

A. From using "AHS" and "AMG" (for purposes of this Order only, "Plaintiffs' Trademarks") or any colorable imitation thereof, or any other mark, the use of which is likely to cause confusion, or cause mistake, or to deceive in the State of New Jersey and/or anywhere else Plaintiffs have established business;

B. From using Plaintiffs' Trademarks or any colorable imitation thereof, or any other mark, the use of which is likely to cause confusion, or cause mistake, or to deceive in relation to Plaintiffs' trademarks in the State of New Jersey and/or anywhere else Plaintiffs have established business;

C. From directly or indirectly adopting, using, registering, or seeking to register any trademark, service mark or other type of mark, material, company, business or domain name, or other name, that would cause a likelihood of confusion with, tarnish, dilute, cause blurring, lessen the significance or value of, or otherwise infringe JLI's trademarks, trade

       dress or copyrights, as alleged in the Complaint. Included within the meaning of a likelihood of confusion and infringement would be any mark, name, package, or product that would cause a false or misleading association, connection, sponsorship, or affiliation with or endorsement by Plaintiffs AHS or AMG;

D. Marketing, promoting, displaying, transferring or otherwise moving, storing, distributing, renting, or otherwise disposing of, in any manner (including through operation of any website), Plaintiffs' Trademarks, or colorable imitations thereof;

E. Further infringing Plaintiffs' Trademarks and from injuring and damaging Plaintiffs' goodwill and reputation;

F. Doing any act or thing likely to confuse, mislead, or deceive others into believing that Defendants, or any of them and/or their products or services emanate from or that Defendants themselves are connected with, sponsored by endorsed by, or approved by or otherwise affiliated with Plaintiffs; and

G. Granting such other relief as the court deems equitable and just.

And it is further ORDERED that:

    1.    A copy of this Order to Show Cause, and to the extent not already served, a copy of the Complaint, Certifications of Mitchell Shusteris, Dr. Nicholas Molinaro, Dr. Christopher Hubbard and Michael McDonald, Esq., the Memorandum of Law and all other supporting documents submitted herewith in support of this application, (this Order shall serve as and be in lieu of Summons), shall be served upon the Defendants personally within _____ days of the date hereof, in accordance with FRCP 4 or accepted by counsel for Defendants.

    2.    The Plaintiffs must file with the Court its Proof of Service on the Defendants no later than three (3) days before the return date.

3.	Defendants shall file and serve a written response to this Order to Show Cause and proof of service by _____, 2022. You must send a courtesy copy of your opposition papers directly to Judge _____, whose address is: _____, New Jersey _____.

4.	The Plaintiffs must file and serve any written reply to the Defendants' opposition to the Order to Show Cause by _____, 2022. A courtesy copy of the reply papers must be sent directly to the chambers of United States District Court Judge _____.

5.	If the Defendants do not file and serve opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that the Plaintiff files a proof of service and a proposed form of Order at least three days prior to the return date.

6.	If Plaintiffs have not already done so, a proposed form of Order addressing the relief sought on the return date must be submitted to the Court no later than three (3) days before the return date.

7.	The Court will notify the parties whether it will entertain an argument on the return date of the Order to Show Cause in accordance with Local Civil Rule 78.1.

**SO ORDERD.**

                                          _____
                                          **The Honorable** _____
                                          United States District Court Judge